IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| QUADRAY HOBBS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 322-140 |
| | ) | |
| WHEELER CORRECTIONAL FACILITY; | ) | |
| JENNIFER CLARK, Contract Monitor; | ) | |
| S GIVENS, Kitchen Stewardess; | ) | |
| D ROYAL, Chief of Security; | ) | |
| ROTUNDA KEMP, Case Manager; | ) | |
| OFFICER SHERROD; and | ) | |
| LT. L. JOHNSON, Grievance Coordinator, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On December 9, 2022, Plaintiff filed a motion to submit evidence, and included with his motion forty-three pages of grievances and responses as referenced in the complaint. (Doc. no. 13.) The Court **GRANTS** the motion and will consider Plaintiff's attachments at screening in so far as they are incorporated into the complaint by reference. See Saunders v. Duke, 766 F.3d 1262, 1270 (11th Cir. 2014) ("documents attached to a complaint or incorporated in the complaint by reference can generally be considered . . . on a motion to dismiss"); Baker v. Corizon Health, No. 3:19CV561/TKW/EMT, 2019 WL 3642579, at *1 (N.D. Fla. July 26, 2019) (holding the same for 28 U.S.C. § 1915 screening).

SO ORDERED this 9th day of December, 2022, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA