AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

QUADRAY HOBBS,

Plaintiff,

v.

WHEELER CORRECTIONAL FACILITY et al.,

Defendants,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV322-140

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated March 31, 2023, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Plaintiff's Motion Requesting Final Judgment is denied and this case is dismissed without prejudice. This action stands closed.



March 31, 2023        John E. Triplett, Clerk of Court
Date                  Clerk

                      (By) Deputy Clerk

GAS Rev 10/2020