```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF GEORGIA
                    DUBLIN DIVISION
```

```
QUADRAY HOBBS,                    *
                                  *
     Plaintiff,                   *
                                  *
     v.                           *      CV 322-140
                                  *
WHEELER CORRECTIONAL              *
FACILITY, et al.,                 *
                                  *
     Defendants.                  *
```

## O R D E R

On March 31, 2023, the Court dismissed Plaintiff Quadray Hobbs's case filed pursuant 42 U.S.C. § 1983 for failure to state a claim upon which relief can be granted. Plaintiff filed a timely notice of appeal. He also requested from the Court copies of "all documents" in the case, presumably to prosecute his appeal.

Frankly, there are not many documents in the case because it was dismissed without service upon any defendant. Plaintiff should have retained any court orders served upon him and made duplicate copies of his own filings. Plaintiff is not entitled to free copies of court documents, including his own pleadings, even though he was granted *in forma pauperis* status in this case. See Jackson v. Fla. Dep't of Fin. Servs., 479 F. App'x 289, 292-93 (11th Cir. 2012). Plaintiff should rest assured that the Eleventh Circuit Court of Appeals had access to the entirety of the case record.

The Court notes that Plaintiff's appeal has been dismissed for failure to prosecute. Accordingly, the Court's judgment against Plaintiff stands, and there is no reason to reproduce any record in the case. Plaintiff's motion for production of documents (doc. no. 27) is hereby **DENIED**.

**ORDER ENTERED** at Augusta, Georgia this 14th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE